No. 96–1480. LOUISIANA ET AL. *v.* UNITED STATES. Affirmed on appeal from D. C. W. D. La.

No. 96–17. NORTHROP GRUMMAN CORP. *v.* UNITED STATES EX REL. HYATT. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Hughes Aircraft Co.* v. *United States ex rel. Schumer,* 520 U. S. 939 (1997).

No. A–855. YOUNG *v.* ILLINOIS ET AL. C. A. 7th Cir. Application for stay, addressed to JUSTICE GINSBURG and referred to the Court, denied.

No. D–1812. IN RE DISBARMENT OF KAPLAN. Robert Steven Kaplan, of Irvine, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1813. IN RE DISBARMENT OF WEISMAN. David S. Weisman, of Los Angeles, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1814. IN RE DISBARMENT OF SHIEH. Liang-Houh Shieh, of Taipei, Taiwan, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.